**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:23-cv-03110-DLF |

**DEFENDANT'S ANSWER**

Defendant United States Department of Justice, by and through its undersigned counsel, hereby answers Plaintiff Judicial Watch, Inc.'s Complaint as follows:

The first unnumbered paragraph at the beginning of the Complaint consists of Plaintiff's characterization of the present action, to which no response is required.

1. Paragraph 1 consists of Plaintiff's legal conclusion regarding jurisdiction, to which no response is required.

2. Paragraph 2 consists of Plaintiff's legal conclusion regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 3.

4. Defendant admits that it is an agency of the United States Government. The allegations contained in the second sentence of paragraph 4 are conclusions of law, to which no response is required. Defendant admits that it is headquartered at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5. Defendant admits that it received a Freedom of Information Act (FOIA), 5 U.S.C. § 552, request from Plaintiff, dated August 24, 2023. Defendant respectfully refers the Court to that request for a complete and accurate statement of its contents. The allegations contained in paragraph 5 are otherwise denied.

6. Defendant admits that it acknowledged receipt of Plaintiff's FOIA request by letter dated August 29, 2023. Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

7. Defendant admits that as of the date of Plaintiff's Complaint, it had not issued a final response to Plaintiff's FOIA request. Defendant denies all other allegations in this paragraph.

8. Defendant's responses to paragraphs 1 through 7 of the Complaint are hereby incorporated by reference.

9. The allegation contained in paragraph 9 is a conclusion of law to which no response is required; to the extent a response is deemed required, Defendant denies the allegation in paragraph 9.

10. The allegations contained in paragraph 10 are conclusions of law to which no response is required; to the extent a response is deemed required, Defendant denies the allegations in paragraph 10.

11. The allegations contained in paragraph 11 are conclusions of law to which no response is required; to the extent a response is deemed required, Defendant denies the allegations in paragraph 11.

The remainder of the Complaint sets forth Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to any of the relief it seeks.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

**DEFENSES**

1. Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

2. Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA, 5 U.S.C. § 552.

WHEREFORE, having fully answered, Defendant asserts that Plaintiff is not entitled to the requested relief and respectfully asks that the Court enter judgment dismissing this action with prejudice and awarding Defendant such further relief as the Court may deem appropriate.

DATED: November 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470

Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*