**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 1:23-cv-03110-DLF

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of November 27, 2023, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. In that Order, the Court directed the parties to file a joint status report by December 18, 2023. In accordance with that Order, the parties report as follows:

1. By letter dated December 18, 2023, DOJ issued its final response to Plaintiff's FOIA request.

2. The parties will meet and confer about what further proceedings, if any, will be necessary and will file a joint status report on January 29, 2024.

DATED: December 18, 2023

Respectfully submitted,

/s/ James F. Peterson
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024

Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*