**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 1:23-cv-03110-DLF

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of December 18, 2023, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. In that Order, the Court directed the parties to file a joint status report by January 29, 2024. In accordance with that Order, the parties report as follows:

1. Defendant will file its motion for summary judgment on or before March 29, 2024.
2. Plaintiff will file its opposition to Defendant's motion for summary judgment and cross-motion for summary judgment on or before April 29, 2024.
3. Defendant will file its reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment on or before May 29, 2024.
4. Plaintiff will file its reply in support of its motion for summary judgment on or before June 13, 2024.

DATED: January 26, 2024

Respectfully submitted,

*/s/ James F. Peterson*
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*