**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:23-cv-03110-DLF |

# JOINT STATUS REPORT

Pursuant to the Court's Order of January 28, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. The parties are in the process of meeting and conferring about the scope of Defendant's search for any potentially responsive records.
2. In light of the above, the parties respectfully request that the Court permit them to submit a Joint Status Report updating the Court on the status of Defendant's search no later than Monday, March 24, 2025.

DATED: February 21, 2025

Respectfully submitted,

*/s/ James F. Peterson*
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*<u>/s/ Christopher M. Lynch</u>*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*