**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 1:23-cv-03110-DLF |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 24, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. The parties have agreed that Defendants will conduct a review of the text messages from the Special Counsel's Office for responsive materials. Defendants anticipate being able to complete this review before July 24, 2025. The parties have also agreed that there will be no additional searches unless the search of text messages indicates that there may be responsive materials in paper records, in which case the parties will discuss the scope of any search of paper records at that time.
2. In light of the above, the parties respectfully request that the Court permit them to submit a Joint Status Report updating the Court on the status of Defendant's search no later than Friday, July 24, 2025.

DATED: May 23, 2025 Respectfully submitted,

_/s/ James F. Peterson_
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

_/s/ Christopher M. Lynch_
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*