**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | Civil Action No. 1:23-cv-03110-DLF |

# JOINT STATUS REPORT

Pursuant to the Court's Order of May 27, 2025, Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Justice ("DOJ"), hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. Pursuant to the parties' agreement (*see* ECF No. 19), Defendant has completed its review of the text messages from the Special Counsel's Office and has located no responsive materials.
2. The parties intend to meet and confer regarding what, if any, further proceedings are necessary.
3. In light of the above, the parties respectfully request that the Court permit them to submit a Joint Status Report no later than Friday, September 26, 2025.

DATED: July 24, 2025

Respectfully submitted,

*/s/ James F. Peterson*
JAMES F. PETERSON
D.C. Bar No. 450171
JUDICIAL WATCH, INC.

425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5175
Email: jpeterson@judicialwatch.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, DC 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*